UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SARA HARMON

      Plaintiff,

  v.                                              Case No. 018-C-209

THE CITY OF RACINE etal

      Defendants.

---

## ORDER RE: MEDIATION/SETTLEMENT CONFERENCE

---

The matter has been referred to this court for mediation by United States

District Judge J.P. Stadtmueller . Based on this referral,

IT IS HEREBY ORDERED that:

1.      I will conduct a mediation/settlement conference on **11/28/2018**, from **9:00 AM to 12:00 PM,** in Room 714, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. (Please use the Jackson Street elevator to get to Room 714).

2.      Primary counsel who will try the case must be present. A person with full settlement authority also must be present at the conference. This requirement contemplates the presence of a party or, if a corporate entity, an authorized representative of the party. This requirement contemplates having a person present who can settle the case during the course of the conference without consulting a superior.

3.      Presettlement Conference Demand and Offer.

      A settlement conference is more likely to be productive, if, before the conference, the parties have had a chance to discuss settlement proposals. Prior to the conference, the attorneys are directed to discuss settlement with their respective clients and, if applicable, insurance representatives.

      In addition, plaintiff's counsel shall submit a written settlement demand to the defendant's counsel with a brief explanation of why such a settlement is appropriate on or before **11/14/2018**.

Defendant's counsel shall submit a written offer to the plaintiff's counsel with a brief explanation of why such a settlement is appropriate on or before **11/18/2018**.

This process may lead directly to a settlement.  If settlement is not achieved, plaintiff's counsel shall send copies of these letters to the court by  **11/21/2018**.   These settlement demand letters, which will not be part of the record in this case, shall be <u>sent directly to my chambers</u>, in the following manner: Email,  in PDF, to CallahanPO@wied.uscourts.gov. These settlement demand letters are not to be electronically filed.

4.     In addition, the mediation conference statement of each party shall be <u>sent directly to my chambers</u> in the following manner: Email, in PDF, to CallahanPO@wied.uscourts.gov no later than 4:00 P.M. (CT) **11/21/2018**.    It will not be part of the record in this case.  This mediation statement shall set forth the relevant positions of the parties concerning the relevant issues and damages. This mediation statement is not to be electronically filed and  shall not exceed five pages in length.   However, copies of the mediation conference statement are to be provided promptly to all counsel of record.

5.     A separate <u>ex</u> <u>parte</u> letter indicating the minimum or maximum settlement requirement  of each party including damages and attorneys' fees, shall also be <u>sent directly to my chambers</u> in the following manner: Email,  in PDF, to CallahanPO@wied.uscourts.gov no later than 4:00 P.M. (CT) **11/21/2018**. The <u>ex</u> <u>parte</u> letter will not be part of the record of this case and should not be electronically filed.

6.     To promote a full and open discussion, communications occurring during the mediation/settlement conference cannot be used by any party with regard to any aspect of this litigation.

7.     Questions regarding the mediation may be directed to Dee McLeod Brock at 414-297-1205.


Dated at Milwaukee, Wisconsin this 3rd day of October, 2018.


 s/William E. Callahan, Jr. 
 WILLIAM E. CALLAHAN, JR.
 United States Magistrate Judge