# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Sara Harmon, et al.,

    **Plaintiffs,**

  v.                                      **Case No.** 18-C-209

City of Racine, et al.,

    **Defendants.**

## SETTLEMENT CONFERENCE MINUTES

**HONORABLE WILLIAM E. CALLAHAN, JR. PRESIDING**

DATE: November 28, 2018

TIME COMMENCED: 9:00 am        TIME CONCLUDED: 1:00 pm

APPEARANCES:

    PLAINTIFF - Sara Harmon and her counsel, Jeffrey Scott Olson and Andrea J. Farrell

    DEFENDANT - Attorneys Scott R. Lettney, Nhu H. Arn, Michael Cohen and Garrett A. Soberalski, as well as Patrick S. Nolan and Thomas E. Mann on behalf of Cities and Villages Mutual Insurance Company

The parties were successful in settling the plaintiffs' claims, subject to final approval of the settlement by the City of Racine Common Council. Accordingly, this case will be referred back to Judge Stadtmueller for entry of an appropriate order of dismissal, which order shall not be entered unless and until the Common Council approves of the settlement and only after all requisite settlement documents are executed by the parties.

So Ordered.