# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SARA HARMON and JOSEPH HARMON,

    Plaintiffs,

v.

CITY OF RACINE, SGT. RYAN COMSTOCK, CHAD STILLMAN, DONALD NUTTALL, and SGT. ROBERT THILLEMANN,

    Defendants.

Case No. 18-CV-209-JPS

**ORDER**

On December 28, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #85). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The pending unopposed motions to seal, (Docket #41 and #63), will be granted and the remaining pending motions, (Docket #46, #49, and #79), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #85) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party;

**IT IS FURTHER ORDERED** that the unopposed motions to seal (Docket #41 and #63) be and the same are hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the parties' remaining pending motions (Docket #46, #49, and #79) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 7th day of January, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge